IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as
COURT-APPOINTED RECEIVER for the
RECEIVERSHIP ENTITY, including AEQUITAS
CAPITAL MANAGEMENT, INC., an Oregon
corporation,

                Plaintiff(s),

      v.

JEROME ANGLADE, an individual; and
JOHN DOES 1-10,

                Defendant(s).

Civil No. 03:21-cv-01014-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [19] is GRANTED and this action is DISMISSED.  Pending motions, if any, are DENIED AS MOOT.

Dated this 7th day of March, 2023.

                                                by    /s/ Jolie A. Russo
                                                           Jolie A. Russo
                                                           United States Magistrate Judge